(Post 11/2015) Notice, Consent and Reference of a Civil Action to a Magistrate Judge

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
Northern Division

| | |
|---|---|
| Travis E. Duke ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-13-DPM-JJV |
| SSA ) | |
| *Defendant* ) | |

### NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION
### TO MAGISTRATE JUDGE VOLPE
### (MANDATORY RESPONSE REQUIRED)

*Notice of a Magistrate Judge's availability.* A United States Magistrate Judge of this court is available to conduct all proceedings in this civil action and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

**You must return this form to the Clerk of Court's office within 21 days from date of this notice regardless of whether or not you are consenting to the exercise of jurisdiction by a United States Magistrate Judge.**

[ ] Election to have case remain with a United States District Judge.

[xx] *Consent to a Magistrate Judge's authority.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Travis E. Duke | [signature] | February 26, 2018 |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 2 March 2018

_____
*District Judge's signature*

DP Marshall Jr. US District Judge
*Printed name and title*



## U.S. Department of Justice

United States Attorney

*Eastern District of Arkansas*

425 West Capitol Avenue, Suite 500     (501) 340-2600

Post Office Box 1229
Little Rock, Arkansas 72203-1229

October 31, 2017

Mr. James W. McCormack
U.S. District Clerk
U.S. District Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

RE: Consent to a United States Magistrate Judge

Dear Mr. McCormack:

The United States Attorney's Office, in accordance with the provisions of 28 U.S.C. §636(c) and Fed. R. Civ. P. 73, voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings for all social security disability cases filed in the Eastern District of Arkansas. Our consent applies to all orders disposing of these matters, the entry of final judgements, and post-judgement proceedings. Once all other parties have consented, the clerk's office has our blanket authorization to process the consent form without the signature of a representative attorney for the United States. For record keeping purposes, we ask that a notification be placed on each consent form referencing this letter.

Ms. Stacey E. McCord for the U.S. Attorney's Office is available to answer any questions your staff may have concerning our blanket authorization in social security disability cases.

Sincerely,

Cody Hiland
United States Attorney