IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GREGORY DeWANYE WRIGHT
ADC # 102575                                                          PLAINTIFF

v.                         No. 5:18-cv-11-DPM

BRANDON BUTLER, Lieutenant,
Delta Regional Unit; STEVEN
RICKETTS, Major, Delta Regional
Unit; and KEITH WADDLE,
Disciplinary Hearing Judge, ADC                                      DEFENDANTS

## JUDGMENT

Wright's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2018